**3**

HAGOP T. BEDOYAN, CSB NO. 131285
JACOB L. EATON, CSB NO. 244834
CHRISTIAN D. JINKERSON, CSB NO. 232143
KALEB L. JUDY, CSB NO. 266909
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
5260 N. Palm Avenue, Suite 201
Fresno, California 93704
Telephone: (559) 438-4374
Facsimile: (559) 432-1847
Email: hbedoyan@kleinlaw.com; jeaton@kleinlaw.com

Proposed Attorneys for Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| In re:<br><br>JOHN VISSER and GRACE VISSER<br><br>Debtors-In-Possession. | Lead Case No. 12-17310-A-11 (Proposed)<br><br>Chapter 11<br>DC No.: KDG-14<br><br>(Proposed to be) jointly administered with: |
| In re:<br><br>JOHN VISSER DAIRY, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17311-A-11<br>DC No.: KDG-14 |
| In re:<br><br>VISSER RANCH TRANSPORT, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17312-A-11<br>DC No.: KDG-14 |
| In re:<br><br>DAIRYMAN'S CALF RANCH, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17313-A-11<br>DC No.: KDG-14 |
| In re:<br><br>LARIAT DAIRY, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17314-A-11<br>DC No.: KDG-14 |

| | |
|---|---|
| In re:<br><br>GRACELAND DAIRY, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17315-A-11<br>DC No.: KDG-14 |
| In re:<br><br>VISSER RANCH, INC.,<br><br>Debtor-In-Possession. | Case No. 12-17316-A-11<br>DC No.: KDG-14 |
| In re:<br><br>VISSER FARMS,<br><br>Debtor-In-Possession. | Case No. 12-17336-A-11<br>DC No.: KDG-14 |
| ■ <u>Affects all Debtors</u><br>☐ Affects John Visser and Grace Visser only<br>☐ Affects John Visser Dairy, Inc., only<br>☐ Affects Visser Ranch Transport, Inc., only<br>☐ Affects Dairyman's Calf Ranch, Inc., only<br>☐ Affects Lariat Dairy, Inc., only<br>☐ Affects Graceland Dairy, Inc., only<br>☐ Affects Visser Ranch, Inc., only<br>☐ Affects Visser Farms, only | Date:  October 3, 2012<br>Time:  1:30 p.m.<br>Place: United States Bankruptcy<br>          2500 Tulare Street, 5th Floor<br>          Department A, Courtroom 11<br>          Fresno, California<br>Judge: Honorable Fredrick E. Clement |

**DECLARATION OF J. MICHAEL ISSA IN SUPPORT OF MOTION BY DEBTORS FOR ORDER AUTHORIZING DEBTORS' EMPLOYMENT OF GLASSRATNER ADVISORY & CAPITAL GROUP, LLC**

I, J. MICHAEL ISSA, declare:

1.  I am a principal for GlassRatner Advisory & Capital Group, LLC, a national advisory firm with offices in seven major cities ("GlassRatner"). I am over the age of eighteen and could and would testify as to the information contained here.

2. GlassRatner agrees to release the above-referenced Debtors from the terms provided paragraphs 9 and 11 of the engagement letter dated August 22, 2012, which is attached as Exhibit "A" to the *Exhibits in Support of Motion by Debtors for Order Authorizing Debtors' Employment of GlassRatner Advisory & Capital Group, LLC.*

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 12, 2012

                                                 J. MICHAEL ISSA